Gerald Barrett, Esq. SBN: 005955
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue
Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| FRED COHILL, et.al., | Case No.: 2:12-cv-02107-PHX-ROS |
| Plaintiffs, | NOTICE OF DISMISSAL |
| vs. | |
| CAMELBACK CONTRACTORS, INC., | |
| Defendant. | |

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, plaintiffs do hereby give notice of dismissal, without prejudice, of the above-referred matter.

RESPECTFULLY SUBMITTED THIS 8th day of April, 2013.

S/GERALD BARRETT_____
Gerald Barrett
WARD, KEENAN & BARRETT, P.C.
3838 N. Central Avenue
Suite 1720
Phoenix, AZ 85012
Tel: 602-279-1717
Fax: 602-279-8908
Email: gbarrett@wardkeenanbarrett.com
Attorney for Plaintiff

**COPY** of the foregoing MAILED this
8th day of April, 2013, to:

Camelback Contractors, Inc.
C/o Patti L. Phillips
2315 N. 7th Street
Phoenix, AZ 85006

By: S/Thiffault